STATE OF CONNECTICUT *v.* KEITH MARSHALL
(12692)

PETERS, C. J., SHEA, DANNEHY, SANTANIELLO and CALLAHAN, Js.

Argued March 4—decision released March 25, 1986

*Louis S. Avitabile,* with whom, on the brief, was *Richard V. Ackerson,* for the appellant (defendant).

*Marcia B. Smith,* assistant state's attorney, with whom were *Patricia King,* deputy assistant state's attorney, and, on the brief, *John Connelly,* state's attorney, for the appellee (state).

PER CURIAM. After examining the record on appeal and after considering the briefs and the arguments of the parties, we have concluded that the appeal in this case should be dismissed on the ground that certification was improvidently granted. The issues have been fully considered in the opinion of the Appellate Court; *State* v. *Marshall,* 3 Conn. App. 126, 485 A.2d 930 (1985); and it would serve no useful purpose for us to repeat the discussion therein contained.

The appeal is dismissed.